# UNITED STATES DISTRICT COURT

for the _____  District of _____ New Jersey

| UNITED STATES OF AMERICA V. PEDRO SAN LUCAS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 3:12-CR-412(FAB) | 2:16mj6135(SCM) |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. § 846

**DISTRICT OF OFFENSE**
PUERTO RICO

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO POSSESS W/I TO DISTRIBUTE COCAINE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) DEFENSE CONSENTS TO DETENTION

Representation:    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    X No    ☐ Yes    Language: _____

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/7/2016                              _____
Date                                  Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |